UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI KOURANI<br><br>                    Plaintiff,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE UNITED<br>STATES ATTORNEY'S OFFICE, *et al.*<br><br>                    Defendants. | Civil Action No. 22-0195 (CJN) |

## **MOTION TO DISMISS AND BIFUCATE**

Executive Office of the United States Attorney's, *et al*. ("Defendants"), by and through undersigned counsel, respectfully move to dismiss and bifurcate in lieu of summary judgment in response to the complaint filed by Ali Kourani ("Plaintiff") under the Freedom of Information Act, 5 U.S.C § 552, *et seq*.

In support, Defendants respectfully direct the Court's attention to the attached Declarations and Exhibits.

Furthermore, *pro se* Plaintiff is advised that if he fails to respond to this motion, the Court may grant this motion and dismiss his case because of the failure to respond. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

\*        \*        \*

Dated: November 3, 2023
     Washington, DC

Respectfully submitted,


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI KOURANI

         Plaintiff,

  v.

EXECUTIVE OFFICE OF THE UNITED
STATES ATTORNEY'S OFFICE, *et al.*

         Defendants.

Civil Action No. 22-0195 (CJN)

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants motion to dismiss and bifurcate, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that CIA's Motion to Dismiss is GRANTED;

ORDERED that FBI shall file its Motion for Summary Judgment on Exemption 7(A) only no later than March 31, 2026 and EOUSA shall file its Motion for Summary Judgement on Exemption 7(A) only no later than January 31, 2025.

ORDERED that, if the Court were to deny this motion, the FBI requests until December 30, 2027, to identify underlying exemptions and an additional period of ninety (90) additional days, namely until March 30, 2028, to prepare and file the supplemental *Vaughn* declaration that not only details the FBI's FOIA Exemption 7(A) assertions, but also explains and justifies all assertions of each underlying FOIA Exemption and file its motion for summary judgment.

SO ORDERED:

_____          _____
Dated                                    CARL J. NICHOLS
                                         United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused a copy of the foregoing Defendants' Motion to Dismiss and Bifurcate

to be served upon Plaintiff as follows:

ALI KOURANI
Reg. #79196-054
USP Marion
P.O. Box 1000
Marion, IL 62959

___/s/___
KENNETH ADEBONOJO
Assistant United States Attorney
